UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:23-CR-67 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | |
| | ) | **ORDER ACCEPTING PLEA,** |
| ZAVEEYON TEASLEY, | ) | **JUDGMENT, AND REFERRAL TO U.S.** |
| | ) | **PROBATION OFFICE** |
| Defendant. | ) | |
| | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Amanda M. Knapp recommending that the Court accept Defendant's guilty plea and enter a finding of guilty. (ECF No. 21). This matter was previously referred to the Magistrate Judge with the consent of the parties. (ECF No. 20).

On February 9, 2023, the government filed a one count indictment with a forfeiture provision alleging that Defendant knowingly stole and unlawfully took and carried away firearms in violation of 18 U.S.C. §§ 922(u) and 924(i)(1). (ECF No. 13).

On June 1, 2023, Magistrate Judge Knapp held a change of plea hearing, during which the Defendant entered a plea of guilty to the indictment. On the same date, Magistrate Judge Knapp issued a Report and Recommendation ("R&R") recommending that the Court accept Defendant's guilty plea and enter a finding of guilty. (ECF No. 21).

Any objections to the R&R were due on June 15, 2023. *Id*. Neither party submitted any objections.

On review of the record, the Court adopts the R&R. Defendant Teasley is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges

1

and of the consequences of entering a guilty plea. He is also aware of the trial rights he waives/gives up by pleading guilty. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea is accepted.

Therefore, Defendant Teasley is adjudged guilty of count 1 of the Indictment, in violation of 18 U.S.C. §§ 922(u) and 924(i)(1). This matter was referred to the U.S. Probation Office for the completion of a pre-sentence investigation and report. Sentencing will be held on September 12, 2023 at 10:00 a.m. in Courtroom 17A.

**IT IS SO ORDERED.**

Date: June 27, 2023

*/s/ Charles Fleming*
CHARLES E. FLEMING
UNITED STATES DISTRICT JUDGE