# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:23-CR-67 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | |
| | ) | **ORDER ACCEPTING REPORT AND** |
| ZAVEEYON TEASLEY, | ) | **RECOMMENDATION OF** |
| | ) | **MAGISTRATE JUDGE** |
| Defendant. | ) | |
| | ) | |

This case is before the Court on a Report and Recommendation ("R&R") filed by United States Magistrate Judge Reuben J. Sheperd recommending that the Court accept Defendant's admissions and find that Defendant has violated the terms of his supervised release. (ECF No. 49). This matter was previously referred to the Magistrate Judge to hold a supervised release violation hearing and file the mentioned R&R. (ECF No. 44).

On April 17, 2024, the U.S. Pretrial Services and Probation officer filed a violation report and summons request identifying four alleged violations of Defendant's supervised release. (ECF No. 42). On April 23, 2024, Magistrate Judge Sheperd held an initial appearance/revocation hearing in which Defendant admitted to violations 2–4 detailed in the violation report.[1] On the same date, Magistrate Judge Sheperd issued the R&R recommending that the Court accept Defendant's admissions and find that he violated the terms of his supervised release. (ECF No. 49).

Defendant waived the fourteen-day objection period, so any objections were to be asserted

---

[1] A previous violation report dated January 12, 2024 first presented violation one. (ECF No. 36). Magistrate Judge James E. Grimes, Jr. held the initial appearance/revocation hearing regarding the first violation on March 20, 2024. The R&R notes that Defendant admitted to violation one at that hearing. (ECF No. 49).

1

2

within two days of the issuance of the R&R (by April 25, 2024). (*Id*.). Neither party submitted any objections.

On review of the record, the Court adopts the R&R. The Court further finds, based on the record, that Defendant knowingly, voluntarily, and intelligently admitted to the mentioned violations, and did, in fact, violate the terms of his supervised release.

Therefore, sentencing will be held on May 1, 2024 at 2:30 p.m. in Courtroom 17A.

**IT IS SO ORDERED.**

Date:   April 29, 2024

_____
**CHARLES E. FLEMING
UNITED STATES DISTRICT JUDGE**